FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

September 11, 2024

Christopher M. Wolpert  
Clerk of Court

_____

CLARISSA MARIE MARS,

    Petitioner - Appellant,

v.

TAMIKA WHITE, Warden,

    Respondent - Appellee.

No. 24-6038  
(Case No. 5:23-CV-00606-JD)  
(W.D. Okla.)

_____

## ORDER

_____

Before **BACHARACH**, Circuit Judge.

_____

    I earlier granted a certificate of appealability on this question: "Did the Supreme Court's opinion in *McGirt* apply retroactively to cases on collateral review?" The Attorney General for the State of Oklahoma has requested reconsideration of this grant. I conclude that the request for reconsideration is well-taken, and I vacate the order granting a certificate of appealability on whether the Supreme Court's opinion in *McGirt* applies retroactively to cases on collateral review. This vacatur does not affect the prior grant of a certificate of appealability as to exhaustion of the claims involving due process, equal protection, and ex post facto laws.

    In light of this order, the appellee must file a response brief on this issue within 30 days of the date of the date of this order. Within 21 days of

the filing and service of the appellee's response brief, the appellant may file an optional reply brief.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk